UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BY GEORGE, LLC,

    Plaintiff,

v.                                       CASE NO. 8:10-CV-1894-T-27-MAP

HURRICANE SHOOTERS, LLC,

    Defendant.
_____/

## HURRICANE SHOOTERS, LLC'S ANSWER TO COUNT III OF AMENDED COMPLAINT

Defendant HURRICANE SHOOTERS, LLC ("Hurricane Shooters"), by and through undersigned counsel, answers Count III of Plaintiff's Amended Complaint as follows:

1. Defendant admits this general description of the action.

2. Denied.

3. Admitted that By-George seeks a declaration that the '033 Patent is invalid and/or unenforceable, but specifically denies that subject matter jurisdiction exists.

4. Denied.

### PARTIES

5. Without knowledge and therefore denied.

6. Admitted.

### JURISDICTION AND VENUE

7. By-George denies the existence of subject matter jurisdiction as to Counts I & II. The remaining allegations are admitted.

8. Admitted.

9. Admitted.

## FACTS

10. Admitted.

11. Admitted.

12. The first two sentences are admitted. The final sentence is denied insofar as the March 3, 2011 arbitration award is binding and constitutes *res judicata* on the issue.

13. The first sentence is admitted. The remaining allegations are denied.

14. Denied.

15. Admitted.

16. Denied.

17. Denied.

18. Admitted that the '512 Patent issued on December 7, 2010. The remaining allegations are denied.

## COUNT I

19-20. [Not Answered Due To Pending Motion to Dismiss.]

## COUNT II

21-22. [Not Answered Due To Pending Motion to Dismiss.]

## COUNT III

23. Hurricane Shooters restates and incorporates its answers as if set in full to Paragraphs 1-18.

24. Admitted that '512 Patent issued on December 7, 2010. Hurricane Shooters is without knowledge as to any assignment of the '512 Patent, therefore this allegation is denied.

25. Admitted.

26. Denied.

27. Denied.

## First Affirmative Defense

By George's Amended Complaint fails to state a claim against Hurricane Shooters upon which relief can be granted.

## Second Affirmative Defense

Hurricane Shooters has not infringed and does not infringe, directly or indirectly, any valid claim of the '512 Patent.

## Third Affirmative Defense

The claims of the '512 Patent are invalid for failure to satisfy the conditions of patentability set forth in 35 U.S.C. §101, 102, 103, and/or 112.

## Fourth Affirmative Defense

By George's claims are barred or limited from recovery by the doctrine of prosecution history estoppel and/or prosecution disclaimer.

## Fifth Affirmative Defense

By George is barred or limited from recovery in whole or in part by the doctrines of latches, waiver, estoppel, misuse and/or unclean hands.

## Sixth Affirmative Defense

Hurricane Shooters is entitled to recover its attorney fees pursuant to 35 U.S.C. §285.

## Seventh Affirmative Defense

Hurricane Shooters is investigating and reserves the right to amend its answer and assert additional affirmative defenses including that the '512 Patent is unenforceable because

3

of inequitable conduct committed during the prosecution of the '512 Patent, and for such other reasons as may be revealed during discovery.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of April, 2011, the foregoing was electronically filed using the CM/ECF system, which will send a notice of filing to the following counsel:

Michael J. Garvin
Hahn Loeser & Parks, LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
Counsel for Plaintiff
mjgarvin@hahnlaw.com

/s/ Frank R. Jakes
FRANK R. JAKES, FBN 372226
E-Mail: frankj@jpfirm.com
JOSEPH J. WEISSMAN, FBN 0041424
E-Mail: josephw@jpfirm.com
JOHNSON, POPE, BOKOR, RUPPEL
 & BURNS, LLP
403 E. Madison Street, 4th Floor
Tampa, FL 33602
Tel: (813) 225-2500
Fax: (813) 223-7118
Attorneys for Defendant

142284